## ATTACHMENT B
## AFFIDAVIT OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES SPECIAL AGENT TOM BLACK

I, Tom Black, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being first duly sworn, do hereby depose and state the following:

1. I am a SA with ATF, and have been since January 2024. Prior to my current employment with ATF, I was a United States Probation Officer ("USPO") in the Western District of Missouri for 6 years. Prior to USPO, I was a Trooper with the Missouri State Highway Patrol ("MSHP") for 6 years, responsible for enforcing Missouri state laws. I have a master's degree in criminal justice from University of Central Missouri, and a bachelor's degree in criminology from Missouri State University. My duties as an ATF SA involve investigating a variety of federal offenses, to include violations of federal firearms laws and other criminal violations of federal law.

2. This affidavit is in support of a criminal complaint charging Ricky Joe COFFEY with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. The information in this Affidavit is information known to me as a result of my participation in this investigation, or is information that has been communicated to me by other law enforcement investigators or witnesses, involved in this investigation. The dates and times in this affidavit are approximate. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for this criminal complaint, I have not described all the relevant facts and circumstances of which I am aware.

## STATUTORY AUTHORITY

4.      18 U.S.C. § 922(g)(1) prohibits any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, from shipping or transporting in interstate or foreign commerce, or possessing in or affecting commerce, any firearm or ammunition; or from receiving any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## PROBABLE CAUSE

5.      On April 16, 2025, I was advised of a National Instant Background Check System ("NICS") denial, following an attempted purchase of a firearm. The denial resulted from Ricky COFFEY attempting to acquire a pistol on April 15, 2025. More specifically, Ricky COFFEY attempted to acquire a Bryco, Model 38, .380 auto caliber pistol, bearing serial number 483256, from Loftis Jewelry, 410 West University, Springfield, Greene County, Missouri, also within the Western District of Missouri, on April 15, 2025. COFFEY was attempting to acquire the firearm by redeeming a pawn broker loan. It was determined that COFFEY had pawned the Bryco firearm on April 7, 2025, to Loftis Jewelry. COFFEY received a sum of money for pawning the firearm (also known as a pawn broker loan). A pawn broker loan can later be redeemed to re-acquire the firearm from a Federal Firearm Licensee ("FFL"); however, due to this being a firearm transfer involving a FFL, an ATF Form 4473, and subsequent background check are required. When COFFEY returned to acquire the firearm, his NICS background check was denied due to COFFEY having previously been convicted of a crime punishable by a term exceeding one year. I reviewed COFFEY's criminal history and found that he had the following prior felony convictions:

a. On or about October 4, 1985, the defendant was convicted of rape in the Circuit Court of Greene County, Missouri. According to the Missouri Sex Offender Registry, the victim of the rape was a 12-year-old child.

b. On or about May 14, 1986, COFFEY was convicted of felony stealing in the Circuit Court of Laclede County, Missouri.

c. On or about July 1, 1998, COFFEY was convicted of burglary in the second degree in the Circuit Court of Jasper County, Missouri, Case No. 29R05980241401.

6. On April 18, 2025, ATF SA Jerry Wine and I examined the Bryco pistol at Loftis Jewelry. The firearm was test fired and functioned as designed. Loftis Jewelry advised COFFEY attempted to redeem the pistol out of pawn on April 15, 2025. They confirmed he brought the pistol into their store and pawned it on April 7, 2025. Loftis advised it is their standard practice to advise patrons that in order to redeem their pawned firearm, a subsequent background check will be conducted. I reviewed the original ATF Form 4473 filled out by COFFEY as part of the attempted acquisition of the Bryco pistol. Question No. 21(d) of the Form 4473 it asks, "**Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?**" COFFEY marked "No" to this question, and also signed on line 22 of the Form 4473, certifying all his answers to Question No. 21 were true and accurate.

7. On April 24, 2025, I reviewed surveillance video at Loftis Pawn & Jewelry. On April 7, 2025, at approximately 1502 hours, I observed COFFEY handing a soft pistol case to an associate. According to Loftis Jewelry, the pistol was inside the soft case. A few

minutes later, an associate is observed at a computer holding what appears to be a pistol. The associate advised they were conducting a transaction (pawning) involving the Bryco pistol brought in by COFFEY. I reviewed LeadsOnline Ticket No. 2130686244, dated April 7, 2025, at 1507 hours. This ticket is for the pawn of the Bryco Arms, Model 38 pistol at Loftis Jewelry & Pawn by COFFEY, which further corroborates the footage showing COFFEY pawning the pistol. I also reviewed the surveillance video from April 15, 2025, and it depicts COFFEY attempting to redeem the pawn broker loan from Loftis Jewelry & Pawn.

8. Based on the above facts, this affiant believes there is probable cause in support of a criminal complaint against Ricky COFFEY, for violation of 18 U.S.C. § 922(g)(1), that is, felon in possession of a firearm.

I swear/affirm that the above information is true and correct to the best of my knowledge and belief.

_____
TOM BLACK
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me via telephone on the 25th day of April, 2025.

_____
HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri